CLEVELAND BAR ASSOCIATION *v.* GAY.

[Cite as *Cleveland Bar Assn. v. Gay* (1994), 68 Ohio St.3d 190.]

(No. 93–1738—Submitted November 10, 1993—Decided February 2, 1994.)

*John A. Hallbauer* and *Dennis M. Pilawa,* for relator.

*Otha M. Jackson,* for respondent.

---

*Per Curiam.* We agree that respondent committed the disciplinary violations found by the board. We also agree with the board's recommendation. Accordingly, respondent is hereby indefinitely suspended from the practice of law in

Ohio with readmittance conditioned upon the criteria recommended by the board. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.